1  LAW OFFICES OF ERIK BABCOCK
2  ERIK BABCOCK (Cal. 172517)
   717 Washington St., 2d Floor
3  Oakland CA 94607
   Tel:  (510) 452-8400
4  Fax:  (510) 452-8405
   erik@babcocklawoffice.com
5
   Attorney for Defendant
6  SEAN CHIN

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No. CR 4:16-CR-00382 HSG (KAW)
11 |        Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW TRAVEL TO FLORIDA FOR FAMILY EMERGENCY**
12 |
13 |     v. |
14 | SEAN CHIN, |
15 |        Defendant. |
16

17     Defendant Chin's father resides in Florida.  Yesterday he was injured in a car accident and was
18 hospitalized.  IT IS THEREFORE STIPULATED that Mr. Chin may travel to Florida to visit with his
19
20 father.  Mr. Chin shall provide Pretrial Services with his dates of travel and where he will be staying.
21     **SO STIPULATED**.
22
23 DATED:  November 17, 2016         /s/
                                    FRANK RIEBLI
24                                  Assistant U.S. Attorney

25 ///
26
   ////
27
   ///
28

                    Travel Stipulation and Proposed Order
                                    1

DATED: November 17, 2016        /s/
                                ERIK BABCOCK
                                Attorney for Defendant CHIN

**~~PROPOSED~~ ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED: 11/17/16

                                _Kandis Westmore_
                                Honorable Kandis A. Westmore
                                U.S. MAGISTRATE JUDGE