```
LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel:  (510) 452-8400
Fax:  (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
SEAN CHIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SEAN CHIN,<br><br>           Defendant. | Case No. CR 4:16-CR-00382 HSG (KAW)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW DEFENDANT TO FLY TO FLORIDA TO ATTEND FUNERAL** |

Defendant Sean Chin is originally from Florida, which is where his father resides. His grandfather passed away last Sunday and Mr. Chin is requesting permission to fly to Florida to attend the funeral, returning to this district no later than Monday, March 13, 2017. IT IS THEREFORE STIPULATED, with the concurrence of Pretrial, that Mr. Chin may fly to Florida to attend his grandfather's funeral beginning March 10, 2017, returning no later than March 13, 2017. He shall provide Pretrial Services with his itinerary and contact information in advance of his travel.

**SO STIPULATED**.

DATED: March 8, 2017           /s/_____
                                FRANK RIEBLI
                                Assistant U.S. Attorney

DATED:  March 13, 2017                         /s/ _____
                                                ERIK BABCOCK
                                                Attorney for Defendant CHIN

**~~PROPOSE~~D ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED:  3/9/17

_Kandis Westmore_____
Honorable Kandis A. Westmore
U.S. MAGISTRATE JUDGE