LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
SEAN CHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 4:16-CR-00382 HSG (KAW) |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING FROM JULY 29, 2019 TO AUGUST 26, 2019-As Modified** |
| v. | |
| SEAN CHIN, | |
| Defendant. | |

Defendant Sean Chin is set for sentencing on July 29, 2019. The Probation Department needs additional time to obtain records and verify information. Accordingly, with the concurrence of Probation, the parties, by and through counsel, hereby agree and STIPULATE that the sentencing hearing set for July 29, 2019 may be vacated and rescheduled for August 26, 2019 at 2:00 p.m.

**SO STIPULATED**.

DATED: July 15, 2019
/s/Frank Rieibli
FRANK RIEBLI
Assistant U.S. Attorney


DATED: July 15, 2019
/s/Erik Babcock
ERIK BABCOCK
Attorney for Defendant CHIN

1

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing hearing for defendant Sean Chin currently scheduled for July 29, 2019 may be vacated and reset for August **28**, 2019 at 2:00 p.m.

**SO ORDERED**.

DATED: July 16, 2019

_____
Honorable Haywood S. Gilliam, Jr.
U.S. DISTRICT JUDGE